UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GARI ALDRIDGE, | ) | No.  CV 12-2426-VAP (AGR) |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: Nov 29 2012

Virginia W Phi
VIRGINIA A. PHILLIPS
United States District Judge